

Santiago J Teran, Esq.
2125 Biscayne Blvd Ste 206
Miami, FL 33137
E: steran@consumerattorneys.com
C: 347-946-7990
P: 305-433-3252
F: 718-715-1750

**VIA ECF** May 8, 2023
The Honorable Ronnie Abrams
United States District Judge
Unite States District Court for the Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

RE:     *Guerrero, Richard v. Turn Technologies, Inc.*
          Case No: 1:23-cv-02483-RA

Dear Judge Abrams,

This firm represents Plaintiff in the above-referenced matter. We write to respectfully move the Court for an Order Staying the Case Pending Arbitration, and in support allege.

Defendant's deadline to answer or defend was April 19, 2023. Counsel for Defendant Turn Technologies, Inc. ("Defendant") communicated to undersigned that Defendant demanded Plaintiff arbitrate his claims pursuant to an arbitration agreement under the Federal Arbitration Act, 9 U.S.C. §1 *et seq*.

Plaintiff further believes that there is a high probability that the arbitration administrator, AAA, rejects to administer the arbitration citing violations, *i.a.*, to AAA Consumer Due Process Protocols.

Therefore, pursuant to 9 U.S.C. §3, Plaintiff requests that the Court enter an order staying this case pending arbitration. *Katz v. Cellco P'ship*, 794 F.3d 341, 345 (2d Cir. 2015) ("We join those Circuits that consider a stay of proceedings necessary after all claims have been referred to arbitration and a stay requested.")

We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ Santiago J. Teran*
Santiago J. Teran
*Attorney for Plaintiff*

Cc: all parties via ECF

1