UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC-SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: 5/25/2023 |

RICHARD GUERRERO,

                Plaintiff,

v.

TURN TECHNOLOGIES, INC.,

                Defendants.

No. 23-cv-2483 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 8, 2023, Plaintiff Richard Guerrero moved to stay this action pending arbitration. *See* Dkt. 10–11. He represented that Defendant Turn Technologies, Inc. had "demanded Plaintiff arbitrate his claims pursuant to an arbitration agreement," but that there was a "high probability that the administrator … rejects to administer the arbitration citing violations" related to "Consumer Due Process Protocols." *See* Dkt. 10. On May 9, 2023, the Court ordered that Defendant file a response by letter, indicating whether it consents to Plaintiff's request for a stay, no later than May 23, 2023. *See* Dkt. 12. As of today's date, no letter has been filed on the docket, nor has Defendant entered an appearance in this action.

Additionally, although the parties were previously ordered to submit a joint letter and proposed case management plan by May 22, 2023, *see* Dkt. 8, as of today's date, those materials have not been filed on the docket. Accordingly, the initial pretrial conference previously scheduled for tomorrow, May 26, 2023, is hereby adjourned. The parties shall file a letter no later than May 31, 2023 with proposed next steps.

SO ORDERED.

Dated:    May 25, 2023
             New York, New York

                                                          Hon. Ronnie Abrams
                                                          United States District Judge