# Terms & Conditions

TURN TECHNOLOGIES, INC.

Last updated on July 7, 2022

PLEASE READ THESE TERMS OF USE CAREFULLY, INCLUDING THE AGREEMENT TO ARBITRATE AT SECTION 14, AS THEY AFFECT YOUR LEGAL RIGHTS. BY EXPRESSLY AGREEING TO THESE TERMS OF USE OR USING SERVICES PROVIDED BY TURN TECHNOLOGIES INC., YOU AGREE TO BE BOUND CONTRACTUALLY BY THESE TERMS OF USE. IF YOU DO NOT AGREE TO THESE TERMS OF USE, YOU ARE NOT PERMITTED TO USE TURN'S SERVICES. Turn Technologies Inc. (**"Turn"**, **"we"**, **"us"**, or **"our"**) provides the content, worker screening, worker sourcing, or other products and services (**"Services"**) available, via application programming interfaces or otherwise, at [www.turn.ai](www.turn.ai), through the Turn mobile application or through any other technology platforms (**"Sites"**) owned or operated by Turn. As part of the Sites and Services, Turn provides:

- (a) a platform for emerging and established companies across multiple industries who have contracted to use or test Turn's Services (**"Partners"**) to procure Consumer Reports, as defined in Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., and/or Investigative Consumer Reports as defined under the Investigative Consumer Reporting Agencies Act, California Civil Code Sections 1786 et seq. (**"consumer report"** or **"reports"**) for independent contractors, agents, volunteers, or other contingent workers (**"Workers"**, **"Consumers"**, or **"you"**) for employment purposes; and
- (b) a worker sourcing platform that allows its Partners to access a network of Workers to provide services (such platform, the **"Worker**

## 12.2. Additional Terms

We may also post or link additional terms, policies, rules or guidelines applicable to our Services, Sites, or certain features, such as end-user license agreements, or other agreements or rules applicable to particular features, promotions or content on the Services or the Sites (collectively, the **"Additional Terms"**). Your use of our Services and Sites is subject to any Additional Terms, and those terms are incorporated into these by reference.

## 13. Dispute Resolution

Turn encourages you to contact us at support@turn.ai if you have concerns or complaints about the Services, Sites or Turn. Generally, complaints can be satisfactorily resolved in this way. In the unlikely event that you are not able to resolve your concerns informally, you and Turn each agree to resolve all disputes through binding arbitration or a small claims court rather than lawsuits in courts of general jurisdiction, jury trials, or class actions. Arbitration is more informal than a lawsuit. Arbitration uses a neutral arbitrator instead of a judge or jury, allows for more limited discovery than in court, and is subject to limited review by courts. Arbitrators can award the same damages and individual relief affecting individual parties that a court can award, including an award of attorneys' fees if the law allows. In addition, under certain circumstances (as explained below), Turn will pay you more than the amount of the arbitrator's award if the arbitrator awards you an amount that is greater than what Turn has offered you to settle the dispute.

## 14. Arbitration Agreement

## 14.1. Claims Subject to Arbitration

(a) You and Turn agree to arbitrate all disputes and claims between us that arise out of, relate to, or are associated with the Services, the Sites or Turn. This agreement to arbitrate is intended to be broadly interpreted. It includes, but is not limited to, all claims arising out of or relating to any aspect of our relationship, whether based in contract, tort, statute, fraud, misrepresentation or any other legal theory, that arose either before or during this or any prior agreement, or that may arise after termination of these Terms, including claims over marketing or communications by or on behalf of Turn or claims involving the security, transfer, or use of data about you. It also includes claims that currently are the subject of class action or purported class action litigation in which you are not a member of a certified class. References to **"Turn"**, **"you"**, and **"us"** include our respective predecessors in interest, successors, and assigns, as well as our respective past, present, and future subsidiaries, affiliates, agents, employees, and all authorized or unauthorized users or beneficiaries of Services or Sites under this or prior agreements between us. (b) Notwithstanding the foregoing agreement, Turn agrees that it will not use arbitration to initiate debt collection against you except in response to claims you have made in arbitration. In addition, by agreeing to resolve disputes through arbitration, you and Turn each agree to unconditionally waive the right to a trial by jury or to participate in a class action, representative proceeding, or private attorney general action. Instead of arbitration, either party may bring an individual action seeking only individualized relief in a small claims court for disputes or claims that are within the scope of the small claims court's authority, so long as the action remains in that court and is not removed or appealed to a court of general jurisdiction. (If these limitations on removal or appeal of small claims court actions are unenforceable, the dispute instead shall be arbitrated.) In addition, you may bring any issues to the attention of federal, state, or local agencies. Such agencies can, if the law allows, seek relief against us on your behalf. (c) These Terms evidence a transaction in

interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this provision. This arbitration provision shall survive termination of these Terms.

## 14.2. Pre-Arbitration Notice of Dispute and Informal Settlement Conference.

a) A party who intends to seek arbitration must first send to the other, by certified mail, a written Notice of Dispute (**"Notice"**). The Notice to Turn should be sent to Turn electronically at support@turn.ai (**"Notice Email Address"**). The Notice must include, at minimum: (1) your name, mailing address, telephone number at which you can be reached, and e-mail address (if any); (2) any unique identifier Turn provided; (3) a description of the nature and basis of the claim or dispute; (4) an explanation of the specific relief sought; (5) your signature; and (6) if you have retained an attorney, your signed statement authorizing Turn to disclose your confidential account records to your attorney if necessary in resolving your claim. A Notice is not complete until all of the information required by (1)-(6) has been received by the other party (**"Notice Completion Date"**). (b) After the Notice Completion Date, either party may request a conference within 60 days to discuss informal resolution of the dispute (**"Informal Settlement Conference"**). If timely requested, the Informal Settlement Conference will take place at a mutually agreeable time by telephone or videoconference. You and a Turn representative must both personally participate in a good-faith effort to settle the dispute without the need to proceed with arbitration. Any counsel representing you or Turn also may participate. The requirement of personal participation in an Informal Settlement Conference may be waived only if both you and Turn agree in writing. (c) Any applicable statute of limitations will be tolled during the **"Informal Resolution Period"**, which is defined as the period between the Notice Completion Date and the later of

(i) 60 days after the Notice Completion Date; or (ii) if an Informal Settlement Conference is timely requested, 30 days after completion of the Informal Settlement Conference.

## 14.3. Commencing Arbitration

An arbitration may be commenced only if you and Turn do not reach an agreement to resolve the claim during the Informal Resolution Period. A court will have the power to enforce this Section 14.3, including the power to enjoin the filing or prosecution of arbitrations without first providing a fully complete Notice and participating in a timely requested Informal Settlement Conference. Unless prohibited by applicable law, the arbitration administrator shall not accept or administer any arbitration or assess any arbitration fees unless the claimant has complied with the Notice and Informal Settlement Conference requirements of Section 14.2.

## 14.4. Arbitration Procedure

(a) The arbitration will be governed by the Consumer Arbitration Rules (**"AAA Rules"**) of the American Arbitration Association (**"AAA"**), as modified by the terms of these Terms, and will be administered by the AAA. (If the AAA is not available or unwilling to administer arbitrations consistent with this arbitration agreement, another arbitration administrator shall be selected by the parties or, if the parties cannot agree on a provider, by the court.) The AAA Rules and fee information is available from the AAA online at http://www.adr.org. (b) The arbitrator shall be a lawyer with at least 10 years' experience or a retired judge. The arbitrator is bound by the terms of this arbitration agreement. All issues are for the arbitrator to decide, except that a court must decide issues relating to whether claims can or must be arbitrated, as well as other issues that this arbitration agreement specifies that a court shall decide. The arbitrator may consider rulings in other

arbitrations involving other claimants, but an arbitrator's ruling will not be binding in proceedings involving different claimants. If your claim is for $25,000 or less, you may choose whether the arbitration will be conducted solely on the basis of documents submitted to the arbitrator or through a telephonic, videoconference, or an in-person hearing as established by the AAA Rules. If your claim exceeds $25,000, the right to a hearing will be determined by the AAA Rules. Unless you and Turn agree otherwise, any in-person hearings will take place at a location that the AAA selects in the state of your primary residence. Regardless of the manner in which the arbitration is conducted, the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award is based. Except as specified in Section 14.7 below, the arbitrator can award the same damages and relief that a court can award under applicable law.

## 14.5. Arbitration Fees

If Turn initiates arbitration, Turn will pay all AAA filing, administration, case-management, hearing, and arbitrator fees. If you wish to initiate arbitration, the AAA will govern the payment of these fees unless applicable law requires a different allocation of fees in order for this arbitration agreement to be enforceable. If you are unable to pay your share of the AAA fees, Turn will consider a request to pay them on your behalf, so long as you have fully complied with the requirements in Sections 14.2, 14.3, and 14.8 for any arbitration you initiated.

## 14.6. Alternative Payment

If you fully complied with the requirements Sections 14.2, 14.3, and 14.8 and the arbitrator issues an award in your favor that is greater than the value of Turn's last written settlement offer made before an arbitrator was selected (or awards you any relief if Turn did not make you a settlement offer), then

Turn will pay you $2,500 in lieu of any smaller award (the **"Alternative Payment"**). The arbitrator may make rulings and resolve disputes as to the payment and reimbursement of attorneys' fees, expenses, and the Alternative Payment at any time during the proceeding and upon request from either party made within 14 days of the arbitrators' ruling on the merits. In assessing whether you are entitled to the Alternative Payment, the arbitrator shall not consider amounts offered for or awarded in attorneys' fees or costs.

## 14.7. Requirement of Individual Arbitration

You and Turn agree to seek, and further agree that the arbitrator may award, only such relief, whether relief in the form of damages, an injunction, or other non-monetary relief as is necessary to resolve any individual injury that either you or Turn have suffered or may suffer. In particular, if either you or Turn seeks any nonmonetary relief, including injunctive or declaratory relief, the arbitrator may award relief on an individual basis only, and may not award relief that affects individuals or entities other than you or Turn. YOU AND TURN AGREE THAT WE EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL PROCEEDING. FURTHERMORE, UNLESS BOTH YOU AND TURN AGREE OTHERWISE IN WRITING, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A CLASS, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL PROCEEDING. If, after exhaustion of all appeals, any of these prohibitions on non-individualized relief; class, representative, and private attorney general claims; and consolidation is found to be unenforceable with respect to a particular claim or with respect to a particular request for relief (such as a request for injunctive relief), then

the parties agree that such claim or request for relief shall be decided by a court after all other claims and requests for relief are arbitrated.

## 14.8. Mass Filings

If 25 or more claimants submit Notices raising similar claims and are represented by the same or coordinated counsel, all of the cases must be resolved in arbitration in stages using staged bellwether proceedings if they are not resolved prior to arbitration as set forth above in Section 14.2. The parties agree that the individual resolution of claims in arbitration might be delayed if the claims are pursued in connection with 25 or more similar claims. In the first stage, the parties shall each select up to 10 cases per side (20 cases total) to be filed in arbitration and resolved individually in accordance with this arbitration agreement, with each case assigned to a separate arbitrator. In the meantime, no other cases may be filed in arbitration, and the AAA or other arbitration administrator shall not accept, administer, nor demand payment for AAA fees or other fees for arbitrations commenced in violation of this Section. If the parties are unable to resolve the remaining cases after the conclusion of the first stage of bellwether proceedings, each side may select up to another 10 cases per side (20 cases total) to be filed in arbitration and resolved individually in accordance with this arbitration agreement, with each case assigned to a separate arbitrator. During this second stage, no other cases may be filed in arbitration, and the AAA or other arbitration administrator shall not accept, administer, nor demand payment for AAA fees or other fees for arbitrations commenced in violation of this Section. This process of staged bellwether proceedings shall continue until the parties are able to resolve all of the claims, either through settlement or arbitration. If these mass filing procedures apply to a claimant's Notice, any statute of limitations applicable to the claims set forth in that Notice will be tolled from the time the first

cases are selected for a bellwether proceeding until the claimant's Notice is selected for a bellwether proceeding, withdrawn, or otherwise resolved. A court will have the authority to enforce this Section, and, if necessary, to enjoin the filing or prosecution of arbitrations or the assessment or collection of AAA fees or other fees.

## 14.9. Future Changes to Arbitration Agreement

Notwithstanding any provision in these Terms to the contrary, you and Turn agree that if Turn makes any change to this arbitration provision during the period of time that you are receiving the Services or using the Sites (other than a change to the Notice Email Address), you may reject that change by providing Turn with written notice within 30 days of the change to the Notice Address and require Turn to adhere to the language in this arbitration agreement. By rejecting any future change, you are agreeing that you will arbitrate any dispute between us in accordance with the language of this arbitration agreement.

## 14.10. Opting Out of Arbitration

You may reject this arbitration agreement by sending an opt-out notice to the Notice Email Address (**"Opt-Out Notice"**). To be valid, an Opt-Out Notice must include: (1) your name, mailing address, telephone number at which you can be reached, and e-mail address (if any); (2) any unique identifier Turn provided; (3) a statement that you are opting out of this arbitration agreement, and Turn must receive the Opt-Out Notice within 30 days after the first day you used the Services or the Sites. If your Opt-Out Notice meets these requirements, this arbitration agreement will not apply to you. Rejecting this arbitration agreement will not affect your or Turn's rights or responsibilities under any other agreement. Nor will rejecting this arbitration agreement affect any prior arbitration agreement between you

and Turn.

## 14.11. Miscellaneous

Except as specified in Section 14.7, if any provision of this arbitration agreement is determined to be unenforceable, that provision should be severed and the rest of this arbitration agreement shall be enforced. This arbitration agreement is the complete agreement between you and Turn regarding the arbitration of disputes. If you do not opt out under Section 14.10, this arbitration agreement supersedes any prior or contemporaneous oral or written understandings on the subject except for claims covered by a prior arbitration agreement that are part of pending litigation or arbitration. Finally, you or Turn may recover attorneys' fees and other expenses from the other party if you or Turn file a lawsuit in court and the non-filing party must file a motion to compel or other papers to enforce this arbitration agreement.

# 15. General Terms

## 15.1. Governing law

These Terms shall be governed by the laws of the State of Illinois, without giving effect to any laws, rules or provisions of Illinois that would cause the application of the laws, rules or provisions of any jurisdiction other than Illinois. This Section is only intended to specify the use of Illinois law to interpret these Terms and it does not create any other substantive right to non-Illinoisans to assert claims under Illinois law whether by statute, common law, or otherwise.

## 15.2. Assignment

You will not assign, delegate, or otherwise transfer these Terms. Any attempt